IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUWAI FARHA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SERGEANT B. SILVA, et al.,<br><br>　　　　Defendants. | 1:06-CV-00755-OWW-WMW-P<br><br>ORDER TO SUBMIT CERTIFIED COPY OF TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE |

　　　Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 and a copy of his prison trust account statement. However, the copy of plaintiff's prison trust account statement was not certified. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a certified copy of his trust account statement **or** pay the $250.00 filing fee.

　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. Within thirty days of the date of service of this order, plaintiff shall submit a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint, or in the alternative, pay the $250.00 filing fee for this action. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:  July 24, 2006**　　　　　　　 　/s/  **William M. Wunderlich**
j14hj0　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE