IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUWAI FARHA,<br><br>    Plaintiff,<br><br>vs.<br><br>SERGEANT B. SILVA, et al.,<br><br>    Defendants. | 1:06-CV-00755-OWW-WMW-P<br><br>SECOND ORDER TO SUBMIT *CERTIFIED* COPY OF TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On July 24, 2006, the court ordered plaintiff to submit a certified copy of his prison trust account statement including the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915. On July 31, 2006, and again on August 17, 2006, plaintiff submitted applications to proceed in forma pauperis and copies of his prison trust account statement. However, none of the copies of plaintiff's prison trust account statement were *certified*, and the copies did not include the entire six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided another opportunity to submit a *certified* copy of his trust account statement **or** pay the $250.00 filing fee.

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty days of the date of service of this order, plaintiff shall submit a *certified* copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint, or in the alternative, pay the $250.00 filing fee for this action. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:    August 29, 2006**              /s/  **William M. Wunderlich**
j14hj0                                    UNITED STATES MAGISTRATE JUDGE