IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUWAI FARHA,<br><br>            Plaintiff,<br><br>       vs.<br><br>SERGEANT B. SILVA, et al.,<br><br>            Defendants. | 1:06-CV-00755-OWW-WMW-P<br><br>THIRD ORDER TO SUBMIT *CERTIFIED* COPY OF TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE<br><br>ORDER FOR CLERK TO SEND TWO COPIES OF THIS ORDER TO PLAINTIFF |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On August 29, 2006, the court issued a second order for plaintiff to submit a *certified* copy of his prison trust account statement including the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915. On October 10, 2006, plaintiff submitted another copy of his prison trust account statement.[1] However, the copy was not *certified* by the prison and did not include the entire six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided another opportunity to submit a *certified* copy of his trust account statement **or** pay the $250.00 filing fee.

A *certified* copy of the prison trust account statement is one which includes the official seal affixed by prison officials from the trust department at the prison. Plaintiff is hereby informed that he

---

[1] Plaintiff has now submitted four (4) copies of his trust account statement to the court, none of them *certified* by the prison. The dates of submission of the copies are February 6, 2006; July 31, 2006; August 17, 2006; and October 10, 2006.

1

must request a *certified* copy of his trust account statement which includes the six month period immediately preceding the filing of his complaint. Plaintiff's complaint was filed on February 6, 2006. Therefore, the trust account statement must include the time period from August 6, 2005 until February 6, 2006. Plaintiff is hereby informed that it is his responsibility to follow procedures established at the prison to request a *certified* copy of his trust account statement and to assure that the court receives the required document within thirty days. Plaintiff is directed to show a copy of this order to the appropriate prison official when requesting the trust account statement.

     Accordingly, IT IS HEREBY ORDERED that:

     1.    Within thirty days of the date of service of this order, plaintiff shall submit a *certified* copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint, or in the alternative, pay the $250.00 filing fee for this action. Failure to comply with this order will result in a recommendation that this action be dismissed.

     2.    The Clerk is directed to send two (2) copies of this order to plaintiff, one for plaintiff to keep, and one for plaintiff to give to a prison official; and

     3.    Plaintiff is directed to give a copy of this order to the appropriate prison official when he requests the copy of his trust account statement for the court.

IT IS SO ORDERED.

**Dated:   October 16, 2006**         **/s/  William M. Wunderlich**
j14hj0                                    UNITED STATES MAGISTRATE JUDGE