IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUWAI FARHA,<br><br>        Plaintiff,<br><br>    vs.<br><br>B. SILVA, et al.,<br><br>        Defendants.<br>_____/ | 1:06-cv-0755 OWW WMW (PC)<br><br>ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(DOCUMENT #26)<br><br>30-DAY DEADLINE |

     Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On February 26, 2009, plaintiff filed a motion to extend time to file objections to the findings and recommendations.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

     Plaintiff is granted thirty (30) days from the date of service of this order in which to file objections to the findings and recommendations.

IT IS SO ORDERED.

**Dated:    March 4, 2009**          /s/  **William M. Wunderlich**
                                          UNITED STATES MAGISTRATE JUDGE