# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUWAI FARHA,<br><br>        Plaintiff,<br><br>    v.<br><br>B. SILVA, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:06-cv-00755-OWW-SKO PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT WITHIN 21 DAYS |

Plaintiff Mauwai Farha ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On September 16, 2010, Defendants filed a motion for summary judgment. (Doc. #79.) Plaintiff has not filed an opposition or a statement of no opposition to Defendants' motion. The Court will order Plaintiff to file an opposition or statement of no opposition within twenty-one (21) days of the date of service of this order. **The failure to file an opposition or statement of no opposition may result in the dismissal of this action based on Plaintiff's failure to obey a court order and failure to prosecute.** No extensions of time will be granted.

Accordingly, it is HEREBY ORDERED that Plaintiff shall file an opposition or statement of no opposition to Defendants' motion for summary judgment within twenty-one (21) days of the date of service of this order.

IT IS SO ORDERED.

**Dated:   January 10, 2011**                            **/s/ Sheila K. Oberto**
                                                                               UNITED STATES MAGISTRATE JUDGE