# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUWAI FARHA,<br><br>             Plaintiff,<br><br>    v.<br><br>B. SILVA, et al.,<br><br>             Defendants.<br>_____/ | CASE NO. 1:06-cv-00755-OWW-SKO PC<br><br>ORDER SETTING TELEPHONIC HEARING AND TRIAL DATES<br><br><u>Telephonic Trial Confirmation</u><br><u>Hearing</u>:  September 2, 2011, at 12:00 p.m. in Courtroom 4 (LJO)<br><br><u>Jury Trial</u>:  October 12, 2011, at 8:30 a.m. in Courtroom 4 (LJO) |

Due to the reassignment for this action to the Honorable Lawrence J. O'Neill, it is HEREBY ORDERED that:

1. This matter is set for telephonic trial confirmation hearing before the Honorable Lawrence J. O'Neill on **September 2, 2011, at 12:00 p.m.** in Courtroom 4;

2. This matter is set for jury trial before the Honorable Lawrence J. O'Neill on **October 12, 2011, at 8:30 a.m.** in Courtroom 4; and

3. Counsel for Defendants is required to arrange for the participation of Plaintiff in the telephonic trial confirmation hearing and to initiate the telephonic hearing at **(559) 499-5680.**

IT IS SO ORDERED.

**Dated:    August 31, 2011**                     /s/ Sandra M. Snyder
                                                                UNITED STATES MAGISTRATE JUDGE

1