**FILED**

OCT 12 2011

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUWAI FARHA,<br><br>        Plaintiff,<br><br>    v.<br><br>BANKS, PIERCE, WIMBLY, WILLIAMS, AND RIDDLE,<br><br>        Defendants.<br>_____/ | CASE NO. 1:06-cv-00755-LJO-SMS PC<br><br>NOTICE AND ORDER THAT PLAINTIFF **MAUWAI FARHA, CDC # J-49325,** IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

    Jury trial in this matter commenced on October 12, 2011. Plaintiff **Mauwai Farha, CDC # J-49325,** is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: October 12, 2011             _____
                                                    LAWRENCE J. O'NEILL
                                                 UNITED STATES DISTRICT JUDGE