# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUWAI FARHA, | CASE NO. 1:06-cv-00755-LJO-BAM PC |
| Plaintiff, | |
| v. | ORDER DENYING PLAINTIFF'S MOTION FOR COURT ORDER |
| B. SILVA, et al., | (ECF NO. 123) |
| Defendants. | |

Plaintiff Mauwai Farha ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983, filed this action on February 6, 2006. The case went to trial and judgment was entered for Defendants on October 17, 2011. On November 14, 2011, Plaintiff filed a motion for a court order directing the prison to provide him with Kosher meals.

Federal courts are courts of limited jurisdiction and the Court is bound by the requirement that as a preliminary matter, it have before it an actual case or controversy. City of Los Angeles v. Lyons, 461 U.S. 95, 102 (1983); Valley Forge Christian Coll. v. Ams. United for Separation of Church and State, Inc., 454 U.S. 464, 471 (1982). If the Court does not have an actual case or controversy before it, it has no power to hear the matter in question. Id. The case or controversy requirement cannot be met in light of the fact that the judgment has been entered and the case has

///

///

///

1  been closed.  Because this case has been closed, the case-or-controversy requirement is not met such
2  that this action provides no basis upon which to award Plaintiff relief.
3       Accordingly, Plaintiff's motion for a court order is HEREBY DENIED.
4
5  IT IS SO ORDERED.
6  **Dated:**   **November 16, 2011**          /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE