# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUWAI FARHA,<br><br>          Plaintiff,<br><br>    v.<br><br>B. SILVA, et al.,<br><br>          Defendants.<br>_____/ | CASE NO. 1:06-cv-00755-LJO-SMS PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR STATUS<br><br>(ECF NO. 125) |

Plaintiff Mauwai Farha ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The case went to trial and judgment was entered for Defendants on October 17, 2011. On December 15, 2011, Plaintiff filed a motion for a status report on his motion for a preliminary injunction.

Federal courts are courts of limited jurisdiction and the Court is bound by the requirement that as a preliminary matter, it have before it an actual case or controversy. City of Los Angeles v. Lyons, 461 U.S. 95, 102 (1983); Valley Forge Christian Coll. v. Ams. United for Separation of Church and State, Inc., 454 U.S. 464, 471 (1982). If the Court does not have an actual case or controversy before it, it has no power to hear the matter in question. Id. The case or controversy requirement cannot be met in light of the fact that the federal claims were dismissed and the action was remanded to state court. As Plaintiff was previously informed, because this case has been dismissed and closed, the case-or-controversy requirement is not met such that this action provides no basis upon which to award Plaintiff relief.

Plaintiff is advised that there is no longer a case or controversy pending before this Court and

Plaintiff is not entitled to seek any further relief from the Court in this action. See e.g., Davis v. Federal Election Com'n, 544 U.S. 724, 732-33, 128 S. Ct. 2759, 2768 (2008). Any further motions seeking injunctive relief will be stricken from the record.

    Accordingly, Plaintiff's motion for a status report, filed December 15, 2011, is HEREBY DENIED.

    IT IS SO ORDERED.

**Dated:   December 20, 2011**          /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE