# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUWAI FARHA, | CASE NO. 1:06-cv-00755-LJO-BAM PC |
| Plaintiff, | ORDER INFORMING PARTIES OF INTENT TO DISPOSE OF DOCUMENTS |
| v. | (ECF NO. 81) |
| B. SILVA, et al., | TWENTY-DAY DEADLINE |
| Defendants. | |
| _____/ | |

On September 16, 2010, a copy of a deposition transcript was lodged with the Court in this action. Following a jury trial, judgement was entered and this action was closed on October 17, 2011. This deposition transcript will be disposed of within thirty days unless a request is made to have the transcript returned. The request for the transcript to be returned must be submitted, with a self addressed stamped envelope covering the cost of postage, within twenty days from the receipt of this order.


IT IS SO ORDERED.

**Dated:   August 23, 2012**          **/s/ Barbara A. McAuliffe**
UNITED STATES MAGISTRATE JUDGE

1